WA/WD PTS-Modification (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 11/12/2020

**Name of Defendant:** Devinare Parker          **Case Number:** 2:20CR00084RSM-001

**Name of Judicial Officer:** The Honorable Michelle L. Peterson, United States Magistrate Judge

**Original Offense:** Unlawful Possession of a Destructive Device

**Date Supervision Commenced:** 07/29/2020

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to Western District of Washington and the District of South Carolina, or as directed by Pretrial Services.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- Release on third-party custody to: Ida Rene Nero and Genesis Nero.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

## PETITIONING THE COURT

☒    To modify the conditions of supervision

**DELETE:**

> 19.    Release on third-party custody to: Ida Rene Nero and Genesis Nero.

## CAUSE

On November 10, 2020, an initial appearance following the issuance of a summons was held before Your Honor. The topic of Mr. Parker's mother and stepfather, who are third-party custodians on the appearance bond

Case 2:20-cr-00084-RSM    Document 37    Filed 11/12/20    Page 2 of 2

The Honorable Michelle L. Peterson, United States Magistrate Judge                                    Page 2
Report on Defendant Under Pretrial Services Supervision                                          11/12/2020

was discussed. Mr. Parker was previously living in South Carolina with his mother and stepfather following his release on this Court's appearance bond on July 29, 2020. At some point in mid-October 2020, Mr. Parker returned to this district, but this was only discovered several days later after receiving information from his supervising officer in the District of South Carolina and subsequently verified through phone conversations with Mr. Parker and his mother. Evidently, his mother was unaware Mr. Parker had left their home in South Carolina for at least three to four days, but never communicated this to the supervising officer in South Carolina.

Based on this and Mr. Parker's current residence status, receiving mental health services, and being supervised by pretrial services in this district, it appears that the third-party custodian condition is no longer appropriate.

This was discussed in the presence of all parties and endorsed.

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 12th day of November, 2020.

BY:

Patrick E. Robertson
United States Probation Officer

Patrick E. Robertson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☑ Modify the Conditions as noted above
☐ Other

Michelle L. Peterson, United States Magistrate Judge

November 12, 2020
Date