WA/WD PTS-Supplemental (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report of Supplemental Violations

**Date of Report:** 09/12/2022
**Name of Defendant:** Devinare Parker                                    **Case Number:** 2:20CR00084RSM-001
**Name of Judicial Officer:** The Honorable Michelle L. Peterson, United States Magistrate Judge
**Original Offense:** Unlawful Possession of a Destructive Device
**Date Supervision Commenced:** 07/29/2020

Bond Conditions Imposed:
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington and the District of South Carolina, or as directed by Pretrial Services.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- Release on third-party custody to: Ida Rene Nero. (**DELETED: 11/12/2020**)

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

## PETITIONING THE COURT

☒   To incorporate the violation contained in this petition and in all future proceedings with the violations previously reported to the Court on June 16, 2022, and August 3, 2022.

I allege the defendant has violated the following conditions of supervision:

- **No Controlled Substances**. I must not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

<u>Nature of Noncompliance:</u>

3. The defendant violated the bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using marijuana on or about August 16, 2022.

The Honorable Michelle L. Peterson, United States Magistrate Judge  Page 2
Report of Supplemental Violations  9/12/2022

**United States Probation Officer Recommendation**:

☒  That violation #3 be added to the previous petitions presently before the Court dated June 16, 2022, and August 3, 2022.

I consulted with Assistant United States Attorney Erin Becker, and she concurs with my recommendation.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 12th day of September, 2022. | BY: |
| _[signature]_<br>Mike Munsterman<br>United States Probation Officer | _[signature]_<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

### THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

_[signature]_
Michelle L. Peterson, United States Magistrate Judge
Sept. 13, 2022
Date